## MAUEY v. YOUNG

Robert Mauey plantiff against Cap[t] John Young Defend[t] according to Attachm[t] Dated 25th of the 10 m[o] 1671 the pl[t] not appearing was nonsuited.

## GOLDEN v. NASH

Peter Goulden Assigne of Robert Winsor plantiff against Jn[o] Nash of Boston Cooper Defend[t] in an action of debt to the vallue of three pounds & fiue pence in money & goods & due Interest due by a bill of obligacion vnder his hand and by witnesses will be proued that he gaue the said obligacion for a Debt which Robert Marshall owed to the said Robert winsor but yet neuer paid it & all other due damages according to Attachm[t] Dated the 29th of 9[br] 1671 . . . the Jurie . . . found for the pl[t] three pounds & fiue pence of which five shillings in money & Costs of Court which was thirty two shillings & eight pence.

## WADE v. BROUGHTON

Jonathan Wade Attourney of Jacob Willett Cittizen of London pl[t] against Thomas Broughton Defend[t] in an Action of y[e] case for withholding three hundred fiuety eight pounds sixteene shillings & two pence or thereabouts for goods sent by the said Willett to the said Broughton with forbearance & other due Damages according to Attachm[t] Dated the 22[th] of Decem[r] 1671 . . . [20] the Jurie . . . found for the plantiff twenty eight pounds for a peice of Stuffe & that hee the Defend[t] pay or & render an Accoumpt within three m[os] of three hundred & eleven pounds tenn shillings & six pence beeing the Ballance of an acc[t] of sales rendered by the defend[t] & costs of Court forty shillings & eight pence.

Execucion issued Aug[o] 26: 1676

[ See note to Cooke v. Broughton below, p. 65.]

## EUERELL v. SUNDERLAND

James Euerell assigne of John Blackleidge Junior plantiff against John Sunderlane Junio[r] Defend[t] in an Action of debt of seauen pounds foureteene shillings due by bill & due damages according to Attachm[t] Dated the 29th of y[e] 10th: m[o] 1671 . . . the Jurie . . . found for the plantiff seauen pound fowreteene shillings in money & costs of Court w[ch] is twenty fowre shillings & fowre pence.